UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA UNDERWOOD AND TROY UNDERWOOD,<br><br>                   Plaintiffs,<br><br>v.<br><br>ROADTREK INC.; MERCEDES-BENZ USA, LLC; AND DOES 1 through 10, inclusive,<br><br>                   Defendants. | Case No.:  26cv2162-LL-MSB<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES**<br><br>[ECF No. 7] |

Plaintiffs Hilda Underwood and Troy Underwood and Defendants Roadtrek Inc. and Mercedes-Benz USA, LLC jointly move to consolidate this action with *Hilda Underwood, et al. v. Roadtrek, Inc., et al.*, No. 3:26-cv-2154-LL-MSB (S.D. Cal. April 6, 2026), with Case No. 3:26-cv-2162-LL-MSB serving as the lead case.

The benefit to judicial convenience of consolidating these actions outweighs the potential for any inconvenience, delay, or expense that consolidation could cause, because consolidation would avoid duplicative discovery and proceedings in these cases that are based on nearly identical allegations, share common issues of law and fact, are in similar stages of development, and are pending in the same venue. *See Huene v. U.S.*, 743 F.2d 703, 704 (9th Cir. 1984), on reh'g, 753 F.2d 1081 (9th Cir. 1984) (district court "weighs

1

the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause"). Therefore, the joint motion to consolidate is **GRANTED** pursuant to Federal Rule of Civil Procedure 42(a).

The Court **ORDERS** as follows:

1. All future submissions shall be filed only in Case No. 3:26-cv-2162-LL-MSB.

2. Plaintiffs must file an amended consolidated complaint no later than **May 22, 2026**.

3. Defendants must answer or otherwise respond to the amended consolidated complaint no later than **July 6, 2026**.

**IT IS SO ORDERED**.

Dated:  May 8, 2026

_____
Honorable Linda Lopez
United States District Judge

2

26cv2162-LL-DEB